# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:09-cr-00066-LDG (GWF) |
| v. | **ORDER** |
| RAMON NOLASCO-OCAMPO, | |
|     Defendant. | |

As the computation for credit for time served in prior custody is governed by 18 U.S.C. §3585(b), and as only the Attorney General (by means of the Bureau of Prisons) can compute the credit for time served, *see United States v. Wilson*, 503 U.S. 329 (1992), therefore,

THE COURT **ORDERS** that Defendant's Motion for Clarification / Credit for Time Served (#43) is DENIED.

DATED this ____ day of January, 2012.

_____
Lloyd D. George
United States District Judge